UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------x
THAD TATUM,                              :
                                         :   CASE NO.: 2:23-cv-3232-ILRL-LVM
            Plaintiff,                   :
                                         :
vs.                                      :
                                         :
                                         :   **NOTICE OF DISMISSAL WITH**
KITTY G, INC.,                           :   **PREJUDICE**
d.b.a. LIUZZA'S BY THE TRACK             :
                                         :
            Defendant.                   :
---------------------------------------------------------x

**NOW INTO COURT**, comes Plaintiff, Thad Tatum, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby notices that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against all of the Defendants without fees or costs to any party against any other.

Dated this the 8th day of November, 2023.

BIZER & DeREUS, LLC

By: /s/ Andrew D. Bizer
    Andrew D. Bizer (LA # 30396)
    Garret S. DeReus (LA # 35105)
    Annika K. Mengisen (LA # 35524)
    3319 St. Claude Avenue
    New Orleans, LA 70117
    (504) 619-9999
    andrew@bizerlaw.com
    gdereus@bizerlaw.com
    annika@bizerlaw.com